UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT :
COUNCIL OF CARPENTERS PENSION FUND, :
WELFARE FUND, ANNUITY FUND, AND : 24-CV-8117 (JMF)
APPRENTICESHIP, JOURNEYMAN RETRAINING, :
EDUCATIONAL AND INDUSTRY FUND et al., : ORDER
:
              Petitioners, :
:
   -v- :
:
:
SUNNY ACRES LANDSCAPING INC, :
:
             Respondent. :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 25, 2024, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **November 19, 2024**. Respondent's opposition, if any, is due on **December 10, 2024**. Petitioners' reply, if any, is due **December 17, 2024**.

      Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **November 19, 2024**, and shall file an affidavit of such service with the court no later than **November 20, 2024**.

      SO ORDERED.

Dated: October 29, 2024
       New York, New York
                                                  JESSE M. FURMAN
                                                  United States District Judge