UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT      :
COUNCIL OF CARPENTERS PENSION FUND,         :
WELFARE FUND, ANNUITY FUND, AND             :
APPRENTICESHIP, JOURNEYMAN RETRAINING,      :   24-CV-8117 (JMF)
EDUCATIONAL AND INDUSTRY FUND et al.,       :
:                ORDER
Petitioners,        :
:
-v-                        :
:
SUNNY ACRES LANDSCAPING INC,                :
:
Respondent.         :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's February 6, 2025 Order, Respondent was required to file its opposition to the Petition no later than March 27, 2025. ECF No. 18. To date, Respondent has failed to do so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 4, 2025**, and the deadline for Petitioners to reply is hereby EXTENDED to **April 11, 2025**. If Respondent fails to oppose the petition by the new deadline, then the Court will deem the Petition unopposed.

      SO ORDERED.

Dated: March 31, 2025
       New York, New York
                                              JESSE M. FURMAN
                                        United States District Judge